IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VICTORIA BEASLEY**                                                                 **PLAINTIFF**

**VS.**                         **CASE NO. 3:10CV00124 HDY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                           **DEFENDANT**

**ORDER**

Now before the Court is the plaintiff's motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The defendant does not oppose the amount of the award, but urges that the award should be made to the plaintiff, not to plaintiff's counsel.

We grant the motion, approving an EAJA award in the amount of $2,661.62. We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to the plaintiff, and not her attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to the plaintiff, in care of her attorney, Mr. Anthoney Bartels, and shall mail the check to Bartels at his Jonesboro, Arkansas, address.[1]

---

[1] The general procedure the Commissioner now follows in effectuating court orders awarding EAJA fees to the claimant is as follows: The Commissioner certifies the order to the Department of the Treasury for payment. Afterward, the Department of Treasury issues payment by check to the order of the plaintiff, in care of his attorney, and mails the check to the plaintiff's

1

IT IS SO ORDERED this  15  day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

attorney.  *See Chapman v. Astrue*, 3:10CV00047 HDY, Document 20.